Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Charles M. Mutich**
  Debtor(s)

Bankruptcy Case No.: 11−24059−JAD
Doc. # 79
Chapter: 13
Docket No.: 80 − 79

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 27th day of July, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/26/16.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/7/16 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/26/16.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-24059-JAD
Charles M. Mutich                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: msch              Page 1 of 3                Date Rcvd: Jul 27, 2016
                             Form ID: 408            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db            +Charles M. Mutich,    PO Box 277,    Fayette City, PA 15438-0277
cr            +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                Woodland Hills, CA 91364-6207
cr            +Bank of America, N.A. c/o Prober & Raphael, A Law,    P.O. Box 4365,
                Woodland Hills, CA 91365-4365
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,    Plainview, NY 11803-4224
13108925      +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
13108926      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
13108927      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13108928       Cap One,   Po Box 30285,    Salt Lake City, UT 84130-0285
13108929      +Century Heritage FCU,    c/o James A Steiner Esq,    650 Smithfield St,   Suite 1700,
                Pittsburgh PA 15222-3913
13108930      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13130041      +Chase Bank,    3700 Wiseman Blvd.,    San Antonio, TX 78251-4322
13144598       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13108931       Cit,   715 S. Metropolitan Ave,    Oklahoma City, OK 73108-2057
13108932      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13108933      +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13108934      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13108952     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:  Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13108935      +Dvra Billing,    2701 Loker Av West,    Carlsbad, CA 92010-6638
13130048      +Fayette County DRS,    22 East Main Street,    Uniontown, PA 15401-3400
14050308       Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13108939      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13108940      +Gmac Mortgage,    Po Box 780,    Waterloo, IA 50704-0780
13108944     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:  Hsbc/Tax,    Po Box 15524,    Wilmington, DE 19850)
13108941      +Hfc,   Po Box 3425,    Buffalo, NY 14240-3425
13108942      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13108943      +Hsbc/Mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
13130057      +Mon Valley EMS,    1001 Donner Avenue,    Monessen, PA 15062-1051
13130058       Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
13130060       PA SCDU,    POST OFFICE BOX 69110,    HARRISBURG, PA 17106-9110
13116940      +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
13108945      #+Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13108946      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13108947      +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13108948      +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
13108949      +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13108950      +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
13171141       TD Auto Finance LLC,    Trustee Payment Dept.,    P.O. Box 9001897,
                Louisville, Kentucky 40290-1897
13108951      +Td Auto Finance,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
13130069      +Westmoreland County DRS,    P O Box 799,    Greensburg, PA 15601-0799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2016 01:50:46
                Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:21:08
                PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13130039      +E-mail/Text: draible@chfcu.org Jul 28 2016 01:45:14      Century Heritage Fcu,   9 S 2nd St,
                Duquesne, PA 15110-1147
13108938      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:48:20      Gemb/Mohawk Color Cent,
                Po Box 981439,    El Paso, TX 79998-1439
13537006       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2016 01:52:02      Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13195643       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:00:56
                Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
13161261       E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:48:53      Portfolio Investments I LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BAC Home Loans Servicing, LP f/k/a Countrywide Hom
cr             BANK OF AMERICA, N.A.
cr             Bank of America as Servicer for, BAC Home Loans Se
cr             Bank of America, N.A. successor by merger to BAC H
cr             Federal National Mortgage Association (Fannie Mae)
cr             TD Auto Finance LLC f/k/a Chrysler Financial Servi
13108924       Charles M. Mutich
13130034       Charles M. Mutich
```

```
District/off: 0315-2          User: msch                  Page 2 of 3                   Date Rcvd: Jul 27, 2016
                              Form ID: 408                Total Noticed: 46

13130035*        +Americas Servicing Co,    Po Box 10328,     Des Moines, IA 50306-0328
13130036*        +Bac Home Loans Servici,    450 American St,     Simi Valley, CA 93065-6285
13130037*        +Barclays Bank Delaware,    125 S West St,     Wilmington, DE 19801-5014
13130038*         Cap One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13130040*        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13130042*         Cit,    715 S. Metropolitan Ave,     Oklahoma City, OK 73108-2057
13130043*        +Citizens Bank,    1 Citizens Dr,     Riverside, RI 02915-3000
13130044*        +Citizens Caf,    480 Jefferson Blvd,     Warwick, RI 02886-1359
13130045*        +Colonial Acceptance Co,    312 Fallowfield Ave,     Charleroi, PA 15022-1405
13130068*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,     AUSTIN TX 78708-1577
                 (address filed with court: Webbank/Dfs,      1 Dell Way,    Round Rock, TX 78682)
13130046*        +Dvra Billing,    2701 Loker Av West,     Carlsbad, CA 92010-6638
13130047*        +Equable Ascent Financi,    1120 W Lake Cook Rd Ste,     Buffalo Grove, IL 60089-1970
13130049*        +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
13130050*        +Gemb/Mohawk Color Cent,    Po Box 981439,     El Paso, TX 79998-1439
13130051*        +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13130052*        +Gmac Mortgage,    Po Box 780,    Waterloo, IA 50704-0780
13130056*       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,     PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/Tax,      Po Box 15524,    Wilmington, DE 19850)
13130053*        +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13130054*        +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13130055*        +Hsbc/Mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
13130059*        +Pa Collection Svc,    63 Valley View Dr,     Washington, PA 15301-2409
13130061*        +Pnc Bank,    2730 Liberty Ave,     Pittsburgh, PA 15222-4747
13130062*        +Pnc Bank,    1 Financial Pkwy,     Kalamazoo, MI 49009-8002
13130063*        +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
13130064*        +Pncbank,    2730 Liberty Ave,     Pittsburgh, PA 15222-4747
13130065*        +Select Portfolio Svcin,    Po Box 65250,     Salt Lake City, UT 84165-0250
13130066*        +Td Auto Finance,    5225 Crooks Rd Ste 140,     Troy, MI 48098-2823
13158439        ##+Bank of America, N.A,    Bk. Dept., Mail Stop CA6-919-01-23,     400 National Way,
                   Simi Valley, CA 93065-6414
13150321        ##+Bank of America, N.A.,    475 Crosspoint Pky.,     Getzville. NY 14068-1609
13108936        ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,     Buffalo Grove, IL 60089-1970
13108937        ##+Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
13130067        ##+Terri Anderson,    711 Green Street,     Belle Vernon, PA 15012-1536
                                                                                              TOTALS: 8, * 27, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gregory Javardian    on behalf of Creditor    BAC Home Loans Servicing, LP f/k/a Countrywide Home
               Loans Servicing, LP greg@javardianlaw.com,    mary@javardianlaw.com;tami@javardianlaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC f/k/a Chrysler Financial Services
               Americas LLC tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2          User: msch              Page 3 of 3               Date Rcvd: Jul 27, 2016
                              Form ID: 408            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Paul W. McElrath, Jr.    on behalf of Debtor Charles M. Mutich ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor   BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP sbraunstein@udren.com, vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor   Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP sbraunstein@udren.com, vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor   Bank of America as Servicer for, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP sbraunstein@udren.com, vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor   Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP swinneg@udren.com, cblack@udren.com

                                                                  TOTAL: 11