| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles M. Mutich** | Social Security number or ITIN   xxx–xx–3243 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **11–24059–JAD** | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles M. Mutich

<u>8/29/16</u>                                                                   **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-24059-JAD
Charles M. Mutich                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr            Page 1 of 3         Date Rcvd: Aug 29, 2016
                            Form ID: 3180W        Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
```
db          +Charles M. Mutich,    PO Box 277,    Fayette City, PA 15438-0277
cr          +Bank of America, N.A. c/o Prober & Raphael, A Law,     20750 Ventura Blvd, Suite 100,
              Woodland Hills, CA 91364-6207
cr          +Bank of America, N.A. c/o Prober & Raphael, A Law,     P.O. Box 4365,
              Woodland Hills, CA 91365-4365
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,    Plainview, NY 11803-4224
13108925    +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
13108929    +Century Heritage FCU,    c/o James A Steiner Esq,    650 Smithfield St,    Suite 1700,
              Pittsburgh PA 15222-3913
13108931     Cit,    715 S. Metropolitan Ave,    Oklahoma City, OK 73108-2057
13108932    +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13108933    +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13108934    +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13108935    +Dvra Billing,    2701 Loker Av West,    Carlsbad, CA 92010-6638
13130048    +Fayette County DRS,    22 East Main Street,    Uniontown, PA 15401-3400
14050308     Federal National Mortgage Association,     PO Box 2008 Grand Rapids, MI 49501-2008
13108939    +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13108940    +Gmac Mortgage,    Po Box 780,    Waterloo, IA 50704-0780
13130057    +Mon Valley EMS,    1001 Donner Avenue,    Monessen, PA 15062-1051
13130058     Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
13130060     PA SCDU,    POST OFFICE BOX 69110,    HARRISBURG, PA 17106-9110
13116940    +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
13108945   #+Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13108946    +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13108947    +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13108948    +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
13108949    +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13108950    +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
13130069    +Westmoreland County DRS,    P O Box 799,    Greensburg, PA 15601-0799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2016 02:14:20    Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
cr           EDI: AIS.COM Aug 30 2016 01:43:00     Midland Funding LLC by American InfoSource LP as a,
              PO Box 4457,    Houston, TX 77210-4457
cr          +EDI: PRA.COM Aug 30 2016 01:43:00     PRA Receivables Management, LLC,    P.O. Box 41067,
              Norfolk, VA 23541-1067
13108926    +EDI: BANKAMER.COM Aug 30 2016 01:43:00     Bac Home Loans Servici,    450 American St,
              Simi Valley, CA 93065-6285
13158439    +EDI: BANKAMER.COM Aug 30 2016 01:43:00     Bank of America, N.A,
              Bk. Dept., Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
13150321    +EDI: BANKAMER2.COM Aug 30 2016 01:43:00     Bank of America, N.A.,    475 Crosspoint Pky.,
              Getzville. NY 14068-1609
13108927    +EDI: TSYS2.COM Aug 30 2016 01:43:00     Barclays Bank Delaware,    125 S West St,
              Wilmington, DE 19801-5014
13108928     EDI: CAPITALONE.COM Aug 30 2016 01:43:00     Cap One,    Po Box 30285,
              Salt Lake City, UT 84130-0285
13130039    +E-mail/Text: draible@chfcu.org Aug 30 2016 02:15:20     Century Heritage Fcu,    9 S 2nd St,
              Duquesne, PA 15110-1147
13108930    +EDI: CHASE.COM Aug 30 2016 01:43:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13130041    +EDI: CHASE.COM Aug 30 2016 01:43:00     Chase Bank,    3700 Wiseman Blvd.,
              San Antonio, TX 78251-4322
13144598     EDI: CHASE.COM Aug 30 2016 01:43:00     Chase Bank USA, N.A.,    PO Box 15145,
              Wilmington, DE 19850-5145
13108952     EDI: RCSDELL.COM Aug 30 2016 01:43:00     Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682
13108937    +EDI: BANKAMER2.COM Aug 30 2016 01:43:00     Fia Csna,    Po Box 17054,
              Wilmington, DE 19850-7054
13108938    +EDI: RMSC.COM Aug 30 2016 01:43:00     Gemb/Mohawk Color Cent,    Po Box 981439,
              El Paso, TX 79998-1439
13108944     EDI: HFC.COM Aug 30 2016 01:43:00     Hsbc/Tax,    Po Box 15524,    Wilmington, DE 19850
13108941    +EDI: HFC.COM Aug 30 2016 01:43:00     Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13108942    +EDI: HFC.COM Aug 30 2016 01:43:00     Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13108943    +EDI: HFC.COM Aug 30 2016 01:43:00     Hsbc/Mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
13537006     EDI: AIS.COM Aug 30 2016 01:43:00     Midland Funding LLC,    by American InfoSource LP as agent,
              PO Box 4457,    Houston, TX 77210-4457
13195643     EDI: PRA.COM Aug 30 2016 01:43:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk VA 23541
13161261     EDI: RECOVERYCORP.COM Aug 30 2016 01:43:00     Portfolio Investments I LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13171141     EDI: CHRYSLER.COM Aug 30 2016 01:43:00     TD Auto Finance LLC,    Trustee Payment Dept.,
              P.O. Box 9001897,    Louisville, Kentucky 40290-1897
```

```
District/off: 0315-2          User: gamr                  Page 2 of 3               Date Rcvd: Aug 29, 2016
                              Form ID: 3180W              Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13108951        +EDI: CHRYSLER.COM Aug 30 2016 01:43:00     Td Auto Finance,    5225 Crooks Rd Ste 140,
                 Troy, MI 48098-2823
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC Home Loans Servicing, LP f/k/a Countrywide Hom
cr              BANK OF AMERICA, N.A.
cr              Bank of America as Servicer for, BAC Home Loans Se
cr              Bank of America, N.A. successor by merger to BAC H
cr              Federal National Mortgage Association (Fannie Mae)
cr              TD Auto Finance LLC f/k/a Chrysler Financial Servi
13108924        Charles M. Mutich
13130034        Charles M. Mutich
13130035*      +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
13130036*      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
13130037*      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13130038*       Cap One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13130040*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13130042*       Cit,    715 S. Metropolitan Ave,    Oklahoma City, OK 73108-2057
13130043*      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13130044*      +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13130045*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13130068*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13130046*      +Dvra Billing,    2701 Loker Av West,    Carlsbad, CA 92010-6638
13130047*      +Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
13130049*      +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
13130050*      +Gemb/Mohawk Color Cent,    Po Box 981439,    El Paso, TX 79998-1439
13130051*      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13130052*      +Gmac Mortgage,    Po Box 780,    Waterloo, IA 50704-0780
13130056*     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/Tax,    Po Box 15524,    Wilmington, DE 19850)
13130053*      +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13130054*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13130055*      +Hsbc/Mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
13130059*      +Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13130061*      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13130062*      +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13130063*      +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
13130064*      +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13130065*      +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
13130066*      +Td Auto Finance,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
13108936       ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
13130067       ##+Terri Anderson,    711 Green Street,    Belle Vernon, PA 15012-1536
                                                                                     TOTALS: 8, * 27, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 3 of 3            Date Rcvd: Aug 29, 2016
                              Form ID: 3180W          Total Noticed: 50
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Gregory  Javardian    on behalf of Creditor    BAC Home Loans Servicing, LP f/k/a Countrywide Home
           Loans Servicing, LP greg@javardianlaw.com,   mary@javardianlaw.com;tami@javardianlaw.com
          Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC f/k/a Chrysler Financial Services
           Americas LLC tshariff@schillerknapp.com,   tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Charles M. Mutich ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor    BAC Home Loans Servicing, LP f/k/a Countrywide
           Home Loans Servicing, LP sbraunstein@udren.com,   vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor    Bank of America, N.A. successor by merger to BAC
           Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP sbraunstein@udren.com,
           vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor    Bank of America as Servicer for, BAC Home Loans
           Servicing, LP fka Countrywide Home Loans Servicing LP sbraunstein@udren.com,   vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. successor by merger to BAC Home
           Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP swinneg@udren.com,
           cblack@udren.com
                                                                                             TOTAL: 11
```